

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00566-CV

Tom **FATJO**, Jr.,
Appellant

v.

**ANDREWS KURTH KENYON LLP**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15425A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 28, 2018.

_____
Luz Elena D. Chapa, Justice